UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| David Leppek<br>　　　　　Plaintiff,<br><br>v.<br><br>Ford Motor Company<br>　　　　　Defendant.<br>_____/ | Case No. 18-cv-13801<br><br>Paul D. Borman<br>United States District Judge<br><br>David R. Grand<br>United States Magistrate Judge |

### **OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 52)**

On February 18, 2021 Magistrate Judge David R. Grand issued a Report and Recommendation (ECF No. 52) addressing Defendant's Motion *in limine* to Preclude Dr. David Burdette from Testifying in an Expert Capacity and to Preclude Reliance on his "Expert" Report and Similar Evidence. (ECF No. 29.) In the Report and Recommendation, Magistrate Judge Grand recommends the motion be granted in part and denied in part. Specifically, Magistrate Judge Grand recommends: "Dr. Burdette should be permitted to testify about his care and treatment of Leppek, including Leppek's medical conditions, restrictions, capabilities, and the types of accommodations and workplace settings that would meet his medical needs, but Dr. Burdette should be precluded from testifying that Ford could accommodate

1

Leppek's disability at the Sterling Axle Plant without Leppek posing a danger to himself or others." (ECF No. 52 PageID.2341.)

Having conducted a review of the Magistrate Judge's Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), this Court ADOPTS the Report and Recommendation of Magistrate Judge Grand.

SO ORDERED.

                                              s/Paul D. Borman
                                              Paul D. Borman
                                              United States District Judge

Dated: March 11, 2021